UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

DALE M. HUBBARD,

        Plaintiffs,

   v.

TWIN OAKS HEALTH AND REHABILITATION CENTER,

        Defendant.
                                   /

NO. CIV. S-03-725 LKK/CMK

O R D E R

The court is in receipt of the supersedeas bond posted by defendant. The defendant seeks a stay of the judgment entered against it in the amount of $60,000 plus $58,519.43 in attorneys fees and cost.

A properly filed supersedeas bond entitles an appealing party to a stay of enforcement of a money judgment as a matter of right. See In re Combined Metals Reduction Co., 557 F.2d 179, 193(9th Cir.1977); Fed. R. Civ. P. 62(d). Accordingly, having found that the bond is proper under Fed. R. Civ. P. 62(d) and Local Rule

////

1

65.1-151, the bond is hereby APPROVED and the judgment in the above-captioned case is STAYED pending appeal.

IT IS SO ORDERED.

DATED: June 1, 2005.

/s/Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT