

**KRING & CHUNG**
ATTORNEYS LLP

Kyle D. Kring
Kenneth W. Chung
Paul T. McBride
Robert P. Mougin
David C. Weber
John R. Blakely
Kathleen Elder-Blakely
Timothy J. Broussard
Nina D. Klawunder
David P. Ramirez

---

Marvin Amoroso
Pamela Anderson
John R. Bell
Brendan J. Coughlin
Joanna L. Darvish
Michael B. Efron
Deborah L. Elliott
Frances A. Goldfarb
Anna Greenstin
Laura C. Hess
Glen A. Howard
Tina J. Low
Sam M. Muriella
Allyson K. Myers
Maria G. Ness
Kathleen J. Patterson
Suzanne M. Rehmani
Matthew A. Reynolds
Peggy S. Roldan
Monica Sanchez
Shane Singh
Arie L. Weedman
Isaiah Z. Weedn
Ruthe D. Wynne
June K. Yang

OF COUNSEL
John C. Kang
Timothy J. Schafer
David M. Griffith
Paul A. Rianda
Ted A. Connor

SACRAMENTO
2151 River Plaza Dr.
Suite 310
Sacramento, CA 95833
T (916) 564-7000
F (916) 564-6000

IRVINE
INLAND EMPIRE
SACRAMENTO
SAN DIEGO
LAS VEGAS
CHINO

www.kringandchung.com

May 17, 2006

**FILED**

MAY 1 9 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

The Honorable Kimberly J. Mueller
United States Magistrate Judge
United States District Court
Eastern District of California
501 I Street
Sacramento, CA 95814

> Re:    **Hubbard v. Twin Oaks - Case No. 03-0725**
> Subject:                **My MCLE Completion**

Dear Judge Mueller:

As you may recall, I was ordered to complete 20 hours of MCLE in this matter. Last year, you granted my request for an extension of time for me to complete the seminars. I understand that the above matter has now been resolved.

From last year to now, financial issues related to the cost of these seminars have prevented me from completing the courses. My life has significantly changed since my personal problems of 2004. I am now affiliated with a firm and I have started to re-develop my practice.

I have become involved with the Barristers' Club of Sacramento and I will be in-charge of organizing the club's Federal Nuts & Bolts seminar next month. I assisted with the program last year. Additionally, I am currently enrolled to complete another seminar for approximately six hours on May 31, 2006.

I respectfully request that I be permitted one additional year from the date of this letter to complete the courses. I appreciate your attention to this matter. If this is acceptable, please sign an extra copy of this letter and return to me in the envelope provided. Thank you.

Very truly yours,

KRING & CHUNG, LLP

Shane Singh

The forgoing is approved: _____

(Ssingh@kringandchung.com)
SSS/bhs

5/19/06

*No further extensions will be granted.*