1

2

3

4

5

6

7                     IN THE UNITED STATES DISTRICT COURT

8                   FOR THE EASTERN DISTRICT OF CALIFORNIA

9    DALE HUBBARD,

10            Plaintiff,                        No. CIV S-03-0725 LKK KJM

11        vs.

12   TWIN OAKS HEALTH &
     REHABILITATION, CENTER, et al.,
13
              Defendants.                       ORDER
14   _____/

15            On March 8, 2004, this court ordered defendant's counsel at the time, Shane

16   Singh, to complete a designated number of hours of MCLE training in federal discovery practice.

17   Since March 2004, the court has granted extensions of the time in which the training is to be

18   completed.  As of October 1, 2007, Mr. Singh has provided the court with documentation of his

19   completion of training sufficient to satisfy the court's original order.  Therefore, the relevant

20   portion of the March 8 order is hereby discharged.

21            The Clerk of the Court shall serve a copy of this order on Mr. Singh, at the return

22   address on the envelope addressed to the court and postmarked October 1, 2007.

23   DATED: October 15, 2007.

24

25   _____
                                         U.S. MAGISTRATE JUDGE
26

                                         1

1

2

hubbard-twinoaks2.dis

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26